# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, § § § Plaintiff, § § vs. § § UBIQUITI NETWORKS, INC. § § Defendant. § § | Case No: 1:17-cv-01628-RGA PATENT CASE |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i with each party to bear its own fees and costs.

|  |  |
|---|---|
| March 15, 2018 | STAMOULIS & WEINBLATT LLC |

 */s/Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
302-999-1540
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff*